This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ALAN CARLSON,**

Plaintiff-Appellee,

v.                                                      **NO. 30,758**

**KIRSTEN CARLSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Deborah D. Walker, District Judge**

Border Law Office, P.A.
Dean E. Border
Albuquerque, NM

for Appellee

Kirsten Carlson
Edgewood, NM

Pro Se Appellant

### MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

_____
RODERICK T. KENNEDY, Judge

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**TIMOTHY L. GARCIA, Judge**